```
                                           FILED IN THE
                                         U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF WASHINGTON

                                            OCT 19 2005

                                         JAMES R. LARSEN, CLERK
                                         _____ DEPUTY
                                           YAKIMA, WASHINGTON
```

MARK W. HENDRICKSEN, WSBA #15,542
WELLS ST. JOHN, P.S.
601 West 1st Avenue, Suite 1300
Spokane, WA 99201-3828
TEL: (509)624-4276
FAX: (509)838-3424

Counsel for Defendants:
MICHAEL DIDIER & CHERYL DIDIER,
dba PROSPECTORS BAR & GRILL,
PROSPECTORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CWN MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL DIDIER, an individual, and CHERYL DIDIER, an individual, dba PROSPECTORS BAR & GRILL; PROSPECTORS, INC., a Corporation; and GRANITE INVESTMENT, L.L.C., a limited liability company; <br> RICHARD A. VANDERVERT, an individual; and WANDERMERE INVESTMENTS, LLC, a limited liability company. <br><br> Defendants. | Case No.: CV-04-0001-AAM <br><br> STIPLATED MOTION AND ORDER TO DISMISS |

The parties have fully settled and resolved this matter

The parties to this suit, including CWN MANAGEMENT, INC., CLAIM JUMPER

RESTAURANTS LLC, MICHAEL DIDIER, an individual, and CHERYL DIDIER, an

Page - 1
Stipulated Motion to Dismiss

individual, dba PROSPECTORS BAR & GRILL; PROSPECTORS, INC., a Corporation; and GRANITE INVESTMENT, L.L.C., a limited liability company; RICHARD A. VANDERVERT, an individual; and WANDERMERE INVESTMENTS, LLC, a limited liability company, have fully settled and resolved this matter, and move that the Court dismiss this suit with prejudice and with each party to bear their own costs and attorneys' fees.

The Court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement between the parties.

## ORDER

**It is so ordered.**

_____      10/19/05
United States District Court Judge     DATED
ALAN A. McDONALD

STIPULATED AND AGREED BY:

_____     9-70-01
MARK W. HENDRICKSEN, WSBA #15,542     Dated
WELLS ST. JOHN, P.S.
601 W. 1st Avenue, Suite 1300

Page - 2
Stipulated Motion to Dismiss

```
Spokane, WA 99201-3828
TEL: (509)624-4276
FAX: (509)838-3424
Counsel for Defendants,
MICHAEL DIDIER & CHERYL DIDIER, dba PROSPECTORS BAR & GRILL
```

STIPULATED AND AGREED BY:

_____        9/30/05
MICHAEL SASSER                          Dated
SASSER AND INGLIS
BOISE, IDAHO


STIPULATED AND AGREED BY:

_____        9/30/05
JOSEPH W. PRICE, SBN #54,357            Dated
SNELL & WILMER L.L.P.
1920 Main Street, Suite 1200
Irvine, CA 92614-7230
TEL: (949)253-2700
FAX: (949)955-2507

And

C. MATTHEW ANDERSEN, WSBA #6868
COURTNEY R. BEAUDOIN, WSBA #30616
WINSTON & CASHATT
601 W. Riverside Ave., Suite 1900
Spokane, WA 99201
TEL: (509)253-2700
FAX: (509)838-1416
Counsel for Plaintiff

Page - 3
Stipulated Motion to Dismiss